UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **MICHAEL UTLEY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.:** |
| | § | **4:21-cv-00516 ALM** |
| **STATE FARM LLOYDS,** | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant State Farm Lloyds files this Notice of Settlement and respectfully notifies the Court that on September 1, 2022, Defendant and Plaintiff Michael Utley entered into an agreement to settle all claims against Defendant in this case. The parties anticipate that within sixty (60) days, a settlement agreement will be signed by all parties and a Joint Stipulation of Dismissal with Prejudice will be filed.

Respectfully Submitted,

*/s/ Susan E. Egeland*
SUSAN E. EGELAND
State Bar No. 24040854
susan.egeland@faegredrinker.com
MATTHEW C. SAPP
State Bar No. 24063563
matt.sapp@faegredrinker.com
SAMUEL T. SCOTT JR.
State Bar No. 24117031
Sam.scott@faegredrinker.com
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Facsimile)
**ATTORNEYS FOR DEFENDANT
STATE FARM LLOYDS**

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing document has been served to all counsel of record in accordance with the Federal Rules of Civil Procedure on September 1, 2022.

                                          */s/ Susan E. Egeland*
                                          SUSAN E. EGELAND