## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **MICHAEL UTLEY,** | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO.: 4:21-cv-00516 ALM |
| **STATE FARM LLOYDS,** | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On this day came to be heard the Joint Stipulation of Dismissal of Plaintiff Michael Utley and Defendant State Farm Lloyds to dismiss any and all claims brought by Plaintiff against Defendant. Upon consideration of the Joint Stipulation, the Court is of the opinion that said Joint Stipulation should be, and hereby is, GRANTED in all respects.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that any and all claims of Plaintiff against Defendant are dismissed, with prejudice, to the rights of Plaintiff to re-file same or any part thereof.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all court costs be taxed against the party incurring same. Any relief not expressly granted herein is DENIED.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED** this 7th day of November, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE